**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

Lamson and Sessions Company,

    Plaintiff,

vs.                                                                 CASE NO.: 1:08-cv-137 SPM/AK

The United Steelworkers of America
on behalf of Local 775,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

This case has been ***dismissed with prejudice*** pursuant to the Plaintiff's "Notice of Dismissal with Prejudice" (doc. 5) and Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, the Clerk of the Court shall close this case. The parties shall bear their own respective costs.

SO ORDERED this thirtieth day of September, 2008.


    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge